**FILED
CLERK**

10/29/2018 11:59 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS TAGNEY, on behalf of himself and all others similarly situated,

                Plaintiff,

v.

GROSS POLOWY, LLC; CALIBER HOME LOANS, INC., and JOHN DOES 1-25,

                Defendants.

COURT FILE NO.: 2:18-cv-03859

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, THOMAS TAGNEY and Defendants, GROSS POLOWY, LLC and CALIBER HOME LOANS, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, THOMAS TAGNEY, against Defendants, GROSS POLOWY, LLC and CALIBER HOME LOANS, INC. in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

*s/ Joseph K. Jones*
JOSEPH K. JONES
Jones, Wolf & Kapasi, LLC
One Grand Central Place
60 East 42nd. Street, 46th floor
New York, NY 10165
(646) 459-7971
Attorney for Plaintiff

*s/ Brandon M Wrazen*
BRANDON M WRAZEN
Gross Polowy LLC
1775 Wehrle Dr., Suite 100
Williamsville, NY 14221
(716) 650-3318
Attorneys for Defendant
Gross Polowy LLC

1

Stipulation of Dismissal and [Proposed] Order

Error! Unknown document property

*s/ Christopher M. Boeck*
CHRISTOPHER M. BOECK
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
(214) 740-8482
Attorney for Defendant
Caliber Home Loans, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.  Case closed.

Dated: 10/29/2018

/s/ JMA
_____
The Honorable Judge Joan M. Azrack
United States District Judge